IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARIA BARRE, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:14-CV-00026 |
| | § |
| HORSESHOE ENTERTAINMENT, L.L.P., | § |
| | § |
| Defendant. | § |

### ORDER ON AGREED MOTION TO DISMISS
### HORSESHOE ENTERTAINMENT, L.L.P.

Before the Court is the Agreed Motion to Dismiss Horseshoe Entertainment, L.L.P. After careful consideration, the Court concludes that the Motion should be granted. It is therefore

ORDERED that the Agreed Motion to Dismiss Horseshoe Entertainment, L.L.P. is GRANTED. Horseshoe Entertainment, L.L.P. is hereby dismissed from this action, without prejudice to the rights of Plaintiff to refile same. All costs, expenses, and attorney's fees are taxed against the party incurring them.

**SIGNED this 19th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE